# In the United States Court of Federal Claims

No. 05-1339 C

(E-Filed: February 21, 2006)

| | |
|---|---|
| MANCHESTER PROPERTIES, LTD., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Motion for a Stay of Proceedings (Motion), filed electronically on February 16, 2006. For the reasons stated therein, the parties' Motion is hereby GRANTED. Proceedings in this matter are STAYED until fourteen (14) days after the conclusion of ADR, or until information reveals that ADR is not likely to be of assistance in resolving this matter.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge